IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DURAYLE JACKSON,**

    **Plaintiff,**

    v.                                                                                  CASE NO. 25-3013-JWL

**EMMIT LOCKRIDGE, et al.,**

    **Defendants.**

**ORDER**

        Plaintiff, Durayle Jackson, brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. Plaintiff's claims are based on incidents occurring during his detention at the Wyandotte County Jail in Kansas City, Kansas ("WCJ"). On March 25, 2025, the Court entered a Memorandum and Order (Doc. 9) ("M&O") finding that the proper processing of Plaintiff's Eighth Amendment and privacy claims cannot be achieved without additional information from appropriate WCJ officials and ordering the officials to submit a *Martinez* Report by May 23, 2025. The Court granted three motions for extensions of time, resulting in a current deadline of August 22, 2025. This matter is before the Court on the Fourth Motion for Extension of Time to File *Martinez* Report (Doc. 20) filed by the Wyandotte County Sheriff's Office ("WCSO") as interested party.

        The motion indicates that on August 20, 2025, counsel for the WCSO learned that audio recordings relevant to the allegations that were previously determined to be no longer in the possession of the WCSO, were still maintained at an off-site storage facility. (Doc. 20, at 1.) The recordings are being transferred to the WCSO. *Id*. The motion seeks a short extension of time to September 5, 2025, to allow time to review and summarize the information for purposes of preparing the report. *Id*. at 1–2.

Although the Court is not inclined to grant any further extensions of time, the Court will grant the motion to allow the interested party to review the recordings for purposes of preparing the report.

**IT IS THEREFORE ORDERED BY THE COURT** that the interested party's Fourth Motion for Extension of Time to File *Martinez* Report (Doc. 20) is **granted.**  The deadline to submit the *Martinez* Report ordered at Doc. 9 is extended to **September 5, 2025.**

**IT IS SO ORDERED.**

Dated August 22, 2025, in Kansas City, Kansas.

S/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
